[No. 8777-1-I.   Division One.   March 1, 1982.]

*In the Matter of the Marriage of* ANTOINETTE F.
ORECK, *Appellant, and* GEORGE I.
ORECK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–41246, T. Patrick Corbett, J., entered April 9, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.

[No. 4324-0-III.   Division Three.   March 2, 1982.]

*In the Matter of the Marriage of* KAROLYN K.
SCHMIDT, *Respondent, and* RONALD E.
SCHMIDT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 220953, Donald N. Olson, J., entered December 2, 1980. *Remanded with instructions* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4067-4-III.   Division Three.   March 2, 1982.]

R. A. JONES & COMPANY, INC., *Appellant,* v.
SENTREX ELECTRONICS & ENGINEERING,
INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 72098, Yancey Reser, J., entered June 16, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.